```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10181
   NICOLE WILMINGTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7260


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/21/2006 and was confirmed 12/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

      The case was converted to chapter 7 after confirmation 11/06/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED            1800.00       106.93       593.08
ARONSON FURNITURE         SECURED             200.00          .00       200.00
CARRINGTON ROOFING        SECURED             600.00          .00       600.00
FREMONT INVESTMENT & LOA  SECURED NOT I     10118.88          .00          .00
OCWEN LOAN SERVICING LLC  SECURED NOT I       388.69          .00          .00
OCWEN LOAN SERVICING LLC  SECURED NOT I     12257.49          .00          .00
HOMECOMINGS FINANCIAL     CURRENT MORTG         .00           .00          .00
MEMBERS ADVANTAGE CREDIT  SECURED VEHIC     26171.43      1801.30      3098.70
CITY OF CHICAGO PARKING   UNSECURED          1340.00          .00       201.47
PDL FINANCIAL SERVICES    UNSECURED          4302.01          .00       646.81
PHONE CO CREDIT UNION     UNSECURED         18630.32          .00      2801.05
PHONE CO CREDIT UNION     UNSECURED         NOT FILED        .00          .00
WOMENS LEGAL SERVICES     UNSECURED           700.00          .00       105.25
FISHER & SHAPIRO          NOTICE ONLY      NOT FILED        .00          .00
BUDGET CONSTRUCTION       UNSECURED          1550.00          .00       233.05
HOMECOMINGS FINANCIAL     MORTGAGE ARRE       398.20          .00       398.20
HOMECOMINGS FINANCIAL     NOTICE ONLY      NOT FILED        .00          .00
AMERICAN GENERAL FINANCE  UNSECURED            41.19          .00          .00
ARONSON FURNITURE         UNSECURED           362.05          .00        54.44
FREMONT INVESTMENT & LOA  SECURED NOT I    237446.33          .00          .00
CITY OF CHICAGO MUNICIPA  UNSECURED         NOT FILED        .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY            503.06          .00       503.06
B-REAL LLC                FILED LATE          151.65          .00          .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY       2,500.00                  2,500.00
TOM VAUGHN                TRUSTEE                                       899.92
DEBTOR REFUND             REFUND                                      1,112.61

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               15,855.87

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10181 NICOLE WILMINGTON
```

```
PRIORITY                                                   503.06
SECURED                                                  4,889.98
    INTEREST                                             1,908.23
UNSECURED                                                4,042.07
ADMINISTRATIVE                                           2,500.00
TRUSTEE COMPENSATION                                       899.92
DEBTOR REFUND                                            1,112.61
                                   ----------------   ----------------
TOTALS                                  15,855.87           15,855.87
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/27/08                   _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 10181 NICOLE WILMINGTON